1  JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  PYATT SILVESTRI
   701 Bridger Ave., Suite 600
3  Las Vegas, NV 89101
   (702) 383-6000
4  Fax: (702) 477-0088
   Attorneys for Defendant
5  KEY INSURANCE COMPANY

6
                    **UNITED STATES DISTRICT COURT**
7
                        **DISTRICT OF NEVADA**
8

9  JAMIE COUTURIER, as assignee in interest of
   MICHAEL STEVE ARTEAGA,                          CASE NO.:  2:22-cv-00930-GMN-VCF
10
                   Plaintiff,
11
    vs.
12
    KEY INSURANCE COMPANY and
13  DOES I - V, and ROE CORPORATIONS
    I - V, inclusive,
14
                   Defendants.
15

16   **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

17        IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

18  through their respective counsel of record, that the above-referenced matter shall be dismissed,

19  with prejudice, each party to bear its own fees and costs.

20        IT IS FURTHER STIPULATED AND AGREED that Plaintiff's pending Motion for

21  Summary Judgment [DOC #10], filed July 6, 2022 shall be withdrawn.

22        No trial date has been set in this matter.

23  DATED this 20th day of October, 2022.        DATED this 20th day of October, 2022.

24  **PYATT SILVESTRI**                          **LAW OFFICE OF DAVID SAMPSON**

25   /s/ James P. C. Silvestri                    /s/ David F. Sampson
    JAMES P. C. SILVESTRI, ESQ.                  DAVID F. SAMPSON, ESQ.
26  Nevada Bar No. 3603                          Nevada Bar No. 6811
    701 Bridger Avenue, Ste. 600                 630 South Third Street
27  Las Vegas, NV 89101                          Las Vegas, NV 89101
    *Attorneys for Defendant*                    *Attorney for Plaintiff*
28

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on, October 20, 2022, I received concurrence from Plaintiff's counsel, David F. Sampson, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of October, 2022.

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar. No. 3603

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Plaintiff Jamie Couturier's Motion for Summary Judgment, (ECF No. 10), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this 21 day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

PYATT SILVESTRI

/s/ James P. C. Silvestri
_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Ste. 600
Las Vegas, NV 89101
Attorneys for Defendant